United States District Court
Southern District of Texas
FILED

FEB 1 3 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PATRICIA CASTELLANOS and <br> MARCO ANTONIO URBALEJO, <br> Plaintiffs <br><br> VS. <br><br> DOW CORNING CORPORATION, et al., <br> Defendants | § <br> § <br> § <br> §   CIVIL ACTION NO. B-95-129 <br> § <br> § <br> § <br> § |

## PLAINTIFFS' NOTICE OF NONSUIT OF
## DEFENDANT KHALID R. SOLEJA, M.D.

Plaintiffs, Patricia Castellanos and Marco Antonio Urbalejo, by and through their attorney of record, take a Non-Suit with prejudice as to Khalid R. Soleja, M.D., Defendant herein. In support, Plaintiffs show that they no longer desire to prosecute this suit against Khalid R. Soleja, M.D.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their claims be dismissed with prejudice as to Defendant Khalid R. Soleja, M.D.

Respectfully submitted,

*[signature]*

Linda D. Houssiere
State Bar No. 10050900
HOUSSIERE, DURANT &
HOUSSIERE
Three Post Oak Central
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone No.: (713) 626-3700
**ATTORNEY-IN-CHARGE FOR
PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by Certified Mail, Return Receipt Requested, to the following counsel listed below on this the ___7___ day of ___February___, 2006.

William A. Abernethy
Donnell, Abernethy & Kieschnick
555 N. Carancahua, Suite 400 - Tower II
Post Office Box 2624
Corpus Christi, Texas 78403-2624
Telephone No.: (361) 888-5551
Telecopier No.: (361) 880-5618

Linda D. Houssiere

O:\ATTYS\mcr\cases\SBIL\pleadings\Non-Suit-Castellanos.doc